*In re* EDUARDO MORALES SOTO.

*Número:* 6397          *Resuelto:* 28 de abril de 1995

*Eduardo Morales Soto*, peticionario.

## RESOLUCIÓN

*Se reinstala al Lcdo. Eduardo Morales Soto al ejercicio de la notaría y se instruye a la oficina de Inspección de Notarías a que le devuelva los Protocolos y los Registros de Afidávit.*

Lo acordó el Tribunal y certifica el señor Secretario General.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*